UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK L. BLANKS,<br><br>        Petitioner<br><br>    v.<br><br>PAT GLEBE,<br><br>        Respondent. | Case No. C10-5117RJB/JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The petitioner in this action is seeking a habeas corpus relief from a state conviction by guilty plea. He is entitled to in forma pauperis status. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

Petitioner's application for leave to proceed in forma pauperis (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 6th day of April, 2010.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER - 1