UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEREK L. BLANKS,

        Petitioner,

   v.

PAT GLEBE,

        Respondent.

Case No. C10-5117BHS/JRC

ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE A TRAVERSE

The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.  Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

Before the court is Petitioner's motion for an extension of to file a traverse (Dkt. # 17).  The motion is GRANTED.  A traverse must be filed on or before **August 6, 2010**.  The clerk's office is directed to mail a copy of this order to petitioner, remove Dkt. # 17 from the Court's calendar, and note the **August 6, 2010**, date for consideration of the underlying petition.

Dated this 8th day of July, 2010.

                        /s/ J. Richard Creatura
                        J. Richard Creatura
                        United States Magistrate Judge

ORDER - 1