# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEREK L. BLANKS

        v.

PAT GLEBE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5117RJB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

the Report and Recommendation of the Magistrate Judge (Dkt. 22) is **ADOPTED**. The petition for writ of habeas corpus is **DENIED**. A Certificate of Appealability is **DENIED**. The case is **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
| November 15, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |